**DISMISS; and Opinion Filed January 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00957-CV

**JOSH BRUCE, Appellant**
**V.**
**KRISTEN HOLZSCHUH, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV13-00332-V-292nd**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Fillmore

The filing fee in this case is past due. By postcard dated July 15, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal without further notice. Also by postcard dated July 15, 2013, we notified appellant that the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of his appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise communicated with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


130957F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSH BRUCE, Appellant

No. 05-13-00957-CV  V.

KRISTEN HOLZSCHUH, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV13-00332-V-292nd.
Opinion delivered by Justice Fillmore. Justices FitzGerald and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee KRISTEN HOLZSCHUH recover her costs of this appeal from appellant JOSH BRUCE.

Judgment entered this 10th day of January, 2014.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE